No. 1198. OSER v. SMITH, HARRIS COUNTY VOTER REGISTRAR, ET AL. 164th Jud. Dist. Tex., Harris County. Certiorari denied. *Chris Dixie* for petitioner. *Fred W. Moore* for respondent Polk.

No. 1202. MOORE-McCORMACK LINES, INC. v. CANDIANO. C. A. 2d Cir. Certiorari denied. *Martin J. McHugh* and *James M. Leonard* for petitioner. ■■

No. 1205. GOLDNER v. SILVER, DISTRICT ATTORNEY OF KINGS COUNTY. Ct. App. N. Y. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon, Joshua J. Kancelbaum* and *Gerald A. Messerman* for petitioner. *Aaron E. Koota* and *Stanley M. Meyer* for respondent.

No. 1206. SOX v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Theodore W. Law III* and *George M. Lee, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1211. STERN v. ROBINSON ET AL. C. A. 6th Cir. Certiorari denied. *Carl H. Langschmidt, Jr.,* and *Donald W. Pemberton* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for respondent United States.

No. 1215. CARNERA, ADMINISTRATRIX v. LANCASTER CHEMICAL CORP. C. A. 3d Cir. Certiorari denied. *Jack Mandell* for petitioner. *John J. Budd* for respondent.

No. 1286. CHICAGO & NORTH WESTERN RAILWAY CO. v. BOSTON & MAINE CORP. C. A. 2d Cir. Certiorari denied. *Donald L. Wallace* for petitioner. *Carl E. Newton* and *M. Lauck Walton* for respondent.